THE LAW OFFICES OF
# JOSHUA GRAUBART, P.C.
*Global Media, Entertainment & Intellectual Property*

JOSHUA G. GRAUBART
ADMITTED IN NY, NJ & CA

November 11, 2021

**VIA ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
   for the Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*[Handwritten: The conference is adjourned to January 14, 2022 at 2:00 pm. /s/ Denise Cote 11/12/21]*

Re:   *Davidson v. Nomad Health Inc.*, Case no. 1:21-cv-08367 (DLC)

Your Honor:

I represent the plaintiff, Cameron Davidson, in the above-referenced action.

By Order Setting Initial Case Management Conference entered October 13, 2021 (Docket no. 6), the Court set the Initial Case Management Conference for November 18, 2021 at 4:00 pm.  Defendant Nomad Health, Inc. has been served – an affidavit of service is on file with the Court as Docket no. 13 – but counsel for Defendant has not appeared, nor have Defendant nor its counsel contacted me.

Accordingly, the parties have not yet met and conferred as required by the Court's October 13 Order and Fed. R. Civ. P. 26.

Plaintiffs respectfully request, therefore, that the Initial Case Management Conference be adjourned until December 16, 2021 at 4:00 pm, or at such time thereafter as may be convenient for the Court, to ensure there is sufficient time for Defendant's counsel to appear, and meet and confer with undersigned counsel.

As neither Defendant nor its counsel has appeared nor contacted undersigned counsel, undersigned counsel has been unable to determine whether Defendant would oppose the relief requested in the present application.  However, it does not appear that Defendant would be unduly prejudiced by the requested adjournment.

| | |
|---|---|
| Hon. Denise L. Cote, U.S.D.J. | November 11, 2021 |
| U.S. Dist. Ct. for the Southern Dist. of New York | Page 2 of 2 |

No prior requests have been made for extension or adjournment.

Respectfully submitted,

Joshua Graubart