```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CAMERON DAVIDSON,                        :
                                         :
                Plaintiff,               :
        -v-                              :         21cv8367 (DLC)
                                         :
NOMAD HEALTH, INC.,                      :            ORDER
                Defendant.               :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having confirmed with counsel for the plaintiff that the defendant in the above-captioned matter is in default, it is hereby

ORDERED that the January 14, 2022 initial pretrial conference is cancelled.

IT IS FURTHER ORDERED that plaintiffs' counsel shall submit to the Court by no later than **January 21, 2022,** an Order to Show Cause for entry of default. Counsel shall follow this Court's procedures governing default judgments.

Dated:   New York, New York
         January 13, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge