```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CAMERON DAVIDSON,                        :
                                         :
                         Plaintiff,      :      21cv8367 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
NOMAD HEALTH, INC., and JOHN DOES,       :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on January 21, 2022, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendants on or before **January 28, 2022** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **February 11, 2022** at **12:00 pm**. Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

        Dial-in:     888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:     New York, New York
           January 24, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge